## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| PAPST LICENSING GmbH & Co. KG<br>　　　　　Plaintiff,<br><br>　　v.<br><br>KONICA-MINOLTA HOLDINGS, INC.,<br>KONICA-MINOLTA BUSINESS SOLUTIONS<br>U.S.A., INC.<br>　　　　　Defendants | Civil Action No. 08CV3606<br><br>Judge Moran<br><br>Magistrate Judge Denlow |

## LOCAL RULE 3.4
## NOTICE OF CLAIMS INVOLVING PATENTS

Plaintiff, Papst Licensing GmbH & Co. KG ("Papst Licensing"), by its undersigned counsel, hereby submits the following Notice of Claims Involving Patents.

*Pursuant to Rule 35 U.S.C. 209*:

I.    Parties:

Plaintiff, Papst Licensing is headquartered at Bahnfostrasse 33, 78112 St. Georgen, Germany.

Defendant, Konica-Minolta is located at Marunouchi Center Building, 1-6-1 Marunouchi, Chiyoda-ku, Tokyo, Japan.

Defendant Konica-Minolta Business Solutions U.S.A., Inc. is located at 100 Williams Drive, Ramsey, NY 07466.

II.     Patents:

    United States patent No. 6,470,399 B1 duly and legally issued on October 22, 2002.

    United States Patent No. 6,895,449 B2 duly and legally issued on May 17, 2005.

    /s/ Jerold B. Schnayer
    Jerold B. Schnayer (2495538)
    James P. White (3001032)
    WELSH & KATZ, LTD.
    120 South Riverside Plaza, 22nd Floor
    Chicago, Illinois  60606
    (312) 655-1500

*Counsel for PAPST LICENSING GmbH & Co. KG*

June 27, 2008