**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PAPST LICENSING GmbH & Co. KG<br>Plaintiff,<br><br>    v.<br><br>KONICA-MINOLTA HOLDINGS, INC.,<br>KONICA-MINOLTA BUSINESS<br>SOLUTIONS U.S.A., INC.<br>Defendants | Civil Action No. 08cv3606<br><br>Judge Moran<br><br>Magistrate Judge Denlow |

**PAPST LICENSING GMBH & CO. KG RULE 7.1
CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Papst Licensing GmbH & Co. KG ("Papst Licensing"), by its undersigned counsel, hereby submits the following Corporate Disclosure Statement.

*Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure*:

Papst Licensing does not have a parent corporation.

There are no publicly held corporations that own 10% or more of Papst Licensing.

*Pursuant to Local Rule 3.2 of the United States District Court For The Northern District of Illinois:*

Papst Licensing has no affiliates as that term is defined in Local Rule 3.2.

June 27, 2008

Respectfully submitted,

/s/ Jerold B. Schnayer
Jerold B. Schnayer (2495538)
James P. White (3001032)
WELSH & KATZ, LTD.
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois  60606
 (312) 655-1500

Counsel for PAPST LICENSING GmbH &
Co. KG