UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAPST LICENSING GmbH & Co. KP ) | | |
|            Plaintiff ) | Civil Action No. 08 CV 3606 | |
| ) | | |
| ) | Judge James B. Moran | |
| ) | | |
| KONICA-MINOLTA HOLDINGS, INC., ) | Magistrate Judge Morton Denlow | |
| KONICA-MINOLTA BUSINESS ) | | |
| SOLUTIONS USA, INC. ) | | |
|            Defendants ) | | |

**KONICA-MINOLTA BUSINESS SOLUTIONS U.S.A, INC.
<u>RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

Defendant, Konica-Minolta Business Solutions, U.S.A., Inc., by its undersigned counsel, hereby submits the following Corporate Disclosure Statement.

*Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure*:

Konica-Minolta Business Solutions, U.S.A, Inc. is indirectly owned by Konica-Minolta Holdings, Inc., a publicly held corporation. No other publicly held corporation owns more than 10% of the stock of Konica-Minolta Business Solutions, U.S.A., Inc.

*Pursuant to Local Rule 3.2 of the United States District Court for the Northern District of Illinois:*

Konica-Minolta Holdings, Inc. is a publicly held affiliate of Konica-Minolta Business Solutions, U.S.A, Inc. as that term is defined in Local Rule 3.2.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 17, 2008 | By: /s/ Steven J. Routh<br>Steven J. Routh<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>Columbia Center<br>1152 15th Street N.W.<br>Washington, D.C. 20005<br>(202) 339-8400<br><br>*Counsel for Defendant Konica-Minolta Business Solutions U.S.A., Inc.* |

## CERTIFICATE OF SERVICE

    I, Steven J. Routh, an attorney, hereby certify that I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/EFC system, which will send notification of such filing to:

WELSH & KATZ, LTD.

Jerold B. Schnayer, Esq.
James P. White, Esq.
John L. Ambrogi, Esq.
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois 60606
(312) 655-1500

*Attorneys for PAPST LICENSING GmbH & Co. KG*

            /s/ Steven J. Routh
           Steven J. Routh
           Orrick, Herrington & Sutcliffe LLP
           Columbia Center
           1152 15th Street, N.W.
           Washington, DC 20005-1706
           (202) 339-8400