**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Papst Licensing GmbH & Co. KG

                                                    Plaintiff,

v.                                                                    Case No.: 1:08−cv−03606
                                                                      Honorable James B. Moran

Konica−Minolta Holdings Inc., et al.

                                                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, July 21, 2008:


        MINUTE entry before the Honorable James B. Moran:Defendants' motion for extension of time to answer or otherwise respond to complaint [13] is granted to and including August 8, 2008.Mailed notice(ldg, )



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.