# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 3606 | DATE | 7/18/2008 |
| CASE TITLE | PAPST LICENSING GMBH & CO. KP vs. KONICA-MINOLTA HOLDINGS, INC., et al | | |

**DOCKET ENTRY TEXT**

Consent motion of defendant Konica-Minolta Business Solutions U.S.A., Inc. to extend time to answer or otherwise respond to the complaint pursuant to Federal Rule Of Civil Procedure 6(b)(1) 13] is granted. Enter Order...Time to answer or otherwise respond to the complaint is August 8, 2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|