

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| PAPST LICENSING GmbH & Co. KP ) | |
|     Plaintiff ) | Civil Action No. 08 CV 3606 |
| ) | |
| ) | Judge James B. Moran |
| ) | |
| KONICA-MINOLTA HOLDINGS, INC., ) | Magistrate Judge Morton Denlow |
| KONICA-MINOLTA BUSINESS ) | |
| SOLUTIONS USA, INC. ) | |
|     Defendants ) | |

**[PROPOSED] ORDER GRANTING CONSENT MOTION OF DEFENDANT KONICA-MINOLTA BUSINESS SOLUTIONS U.S.A., INC. TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 6(b)(1)**

On July 17, 2008, Defendant Konica-Minolta Business Solutions, U.S.A, Inc., filed a consent motion to extend the time to answer or otherwise respond to the Complaint in this matter until August 8, 2008. Good cause having been shown, the motion is hereby GRANTED.

IT IS SO ORDERED.

Dated: July 18, 2008

_____
Hon. James B. Moran

1

## CERTIFICATE OF SERVICE

I, Steven J. Routh, an attorney, hereby certify that I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/EFC system, which will send notification of such filing to:

WELSH & KATZ, LTD.

Jerold B. Schnayer, Esq.
James P. White, Esq.
John L. Ambrogi, Esq.
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois 60606
(312) 655-1500

*Attorneys for PAPST LICENSING GmbH & Co. KG*

                                                    /s/ Steven J. Routh
                                                    Steven J. Routh
                                                    Orrick, Herrington & Sutcliffe LLP
                                                    Columbia Center
                                                    1152 15th Street, N.W.
                                                    Washington, DC 20005-1706
                                                    (202) 339-8400