

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
   CLERK

August 12, 2008

USDC District of Columbia

1225 E. Barrett Prettyman
United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

RE: Papst Licensing GmbH & Co. KG v. Konica-Minolta Holdings Inc. et al

Case No: 08-3606

Dear Clerk:

Pursuant to the order entered by the Multi-District Litigation Panel, July 28, 2008 the above record

■   was electronically transmitted to the District of Columbia, Washington D.C.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                                        Sincerely yours,


                                        Michael W. Dobbins, Clerk

                                        By:     /s/ Elisa Perez
                                                Deputy Clerk



Enclosures
New Case No. _____          Date _____



cc:     Non-ECF Attorneys and Pro se Parties