AO279, DENLOW, TERMED, TRANSFER

# United States District Court
# Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:08−cv−03606

| | |
|---|---|
| Papst Licensing GmbH &Co. KG v. Konica−Minolta Holdings Inc. et al | Date Filed: 06/24/2008 |
| Assigned to: Honorable James B. Moran | Date Terminated: 08/07/2008 |
| Cause: 35:183 Patent Infringement | Jury Demand: Plaintiff |
| | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Papst Licensing GmbH &Co. KG**                  represented by     **James Patrick White**
Welsh &Katz, Ltd.
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606
(312) 655−1500
Email: jpwhite@welshkatz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerold B. Schnayer**
Welsh &Katz, Ltd.
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606
(312) 655−1500
Email: jbschnayer@welshkatz.com
*ATTORNEY TO BE NOTICED*

**John L. Ambrogi**
Welsh &Katz, Ltd.
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606
(312) 655−1500
Fax: (312) 655−1501
Email: jambrogi@welshkatz.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Konica−Minolta Holdings Inc.**

**Defendant**

**Konica−Minolta Business Solutions U.S.A.,**          represented by     **Steven J. Routh**
**Inc.**                                                                 Orrick, Herrington&Sutclffe LLP
Columbia Center
1152 15th St. N.W.

Washington, DC 20005
202 339–9470
Email: srouth@orrick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/24/2008 | Ï 1 | COMPLAINT filed by Papst Licensing GmbH &Co. KG; Jury Demand. Filing fee $350.(hp, ) (Entered: 06/25/2008) |
| 06/24/2008 | Ï 2 | CIVIL Cover Sheet (hp, ) (Entered: 06/25/2008) |
| 06/26/2008 | Ï 7 | ATTORNEY Appearance for Plaintiff Papst Licensing GmbH &Co. KG by James Patrick White (hp, ) (Entered: 06/27/2008) |
| 06/26/2008 | Ï 8 | ATTORNEY Appearance for Plaintiff Papst Licensing GmbH &Co. KG by John L. Ambrogi (hp, ) (Entered: 06/27/2008) |
| 06/26/2008 | Ï 9 | ATTORNEY Appearance for Plaintiff Papst Licensing GmbH &Co. KG by Jerold B. Schnayer (hp, ) (Entered: 06/27/2008) |
| 06/26/2008 | Ï 10 | SUMMONS Issued as to Defendants Konica–Minolta Holdings Inc., Konica–Minolta Business Solutions U.S.A., Inc. (hp, ) (Entered: 06/27/2008) |
| 06/27/2008 | Ï 5 | Local Rule 3.4 Notice of Claims Involving Patents by Papst Licensing GmbH &Co. KG (Ambrogi, John) (Entered: 06/27/2008) |
| 06/27/2008 | Ï 6 | Rule 7.1 Corporate Disclosure by Papst Licensing GmbH &Co. KG (Ambrogi, John) (Entered: 06/27/2008) |
| 07/15/2008 | Ï 11 | AFFIDAVIT of Service filed by Plaintiff Papst Licensing GmbH &Co. KG regarding Summons and Complaint served on Konica–Minolta Business Solutions, U.S.A. Inc. on June 27, 2008 (Katz, Michele) (Entered: 07/15/2008) |
| 07/17/2008 | Ï 12 | Notice of Conditional Transfer Order by Papst Licensing GmbH &Co. KG (Attachments: # 1 Exhibit Conditional Transfer Order, # 2 Exhibit Notice of Potential Tag–Along Action)(Ambrogi, John) (Entered: 07/17/2008) |
| 07/17/2008 | Ï 13 | MOTION by Defendant Konica–Minolta Business Solutions U.S.A., Inc. for extension of time to file answer *or Otherwise Respond to the Complaint Pursuant to Federal Rule of Civil Procedure 6(b)(1) (Consent)* (Attachments: # 1 Exhibit A)(Routh, Steven) (Entered: 07/17/2008) |
| 07/17/2008 | Ï 14 | ATTORNEY Appearance for Defendant Konica–Minolta Business Solutions U.S.A., Inc. by Steven J. Routh (Routh, Steven) (Entered: 07/17/2008) |
| 07/17/2008 | Ï 15 | Rule 7.1 Corporate Disclosure Statement by Konica–Minolta Business Solutions U.S.A., Inc. (Routh, Steven) (Entered: 07/17/2008) |
| 07/18/2008 | Ï 17 | MINUTE entry before the Honorable James B. Moran: Consent motion of defendant Konica–Minolta Business Solutions U.S.A., Inc. to extend time to answer or otherwise respond to the complaint pursuant to Federal Rule of Civil Procedure 6(b)(1) 13 is granted. Enter Order. Time to answer or otherwise respond to the complaint is 8/8/2008. (For further detail see separate order.) Mailed notice (hp, ) (Entered: 07/22/2008) |
| 07/18/2008 | Ï 18 | ORDER Granting Consent Motion of Defendant Konica–Minolta Business Solutions U.S.A., Inc. to extend time to answer or otherwise respond to the complaint pursuant to Federal Rule of Civil |

| | | |
|---|---|---|
| | | Procedure 6(b)(1) re 17 Signed by the Honorable James B. Moran on 7/18/2008: Mailed notice(hp, ) (Entered: 07/22/2008) |
| 07/21/2008 | 16 | MINUTE entry before the Honorable James B. Moran:Defendants' motion for extension of time to answer or otherwise respond to complaint 13 is granted to and including August 8, 2008.Mailed notice (ldg, ) (Entered: 07/21/2008) |
| 07/29/2008 | 19 | MINUTE entry before the Honorable James B. Moran: Status hearing is set for 8/21/2008 at 09:15 AM. pursuant to Rule 16 of the F.R.C.P.Mailed notice (ldg, ) (Entered: 07/29/2008) |
| 08/07/2008 | 21 | CONDITIONAL TRANSFER ORDER from MDL Panel Transferring case to (District of Columbia). (aac, ) (Entered: 08/12/2008) |
| 08/08/2008 | 20 | ANSWER to Complaint by Konica−Minolta Business Solutions U.S.A., Inc.(Routh, Steven) (Entered: 08/08/2008) |
| 08/12/2008 | 22 | TRANSFERRED to the District of Columbia the electronic record via CM/ECF. (ep, ) (Entered: 08/12/2008) |